

IN THE
TENTH COURT OF APPEALS

_____

No. 10-17-00076-CR

IN RE KELSEY JO LACKEY

_____

Original Proceeding

_____

MEMORANDUM OPINION

Relator's petition for writ of mandamus is denied. The Motion for Emergency

Relief Pending Mandamus is dismissed as moot.

AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
(Chief Justice Gray dissents with a note)*
Petition denied; motion dismissed
Opinion delivered and filed March 20, 2017
[OT06]



*Chief Justice Gray dissents without a separate opinion